Andrea E. Celli
Chapter 13 Standing Trustee

To: Marguerite A. Vanden Wyngaard  Case No. 17-11965
14 Norwood Ave
Albany, NY  12208-2815

JONATHAN D. WARNER
Warner & Warner, PLLC
6 AUTOMATION LANE
SUITE 109
ALBANY, NY  12205
Via Electronic Service

## NOTICE OF CLAIMS FILED

The following is a list of all claims filed by creditors in the above referenced Chapter 13 Bankruptcy Case.  A copy of this report has been sent to the Debtor and the Debtor's attorney.

Pursuant to 11 U.S.C. 502(a), the claims are deemed allowed and payment will be remitted to each creditor based on the filed claim amounts unless within 45 days of this Notice, the Debtor or their attorney files a written Objection with the Court AND provides a copy of the objection to the Trustee. All Objections must be in writing and in compliance with Bankruptcy Rule 9014 which requires NOTICE OF MOTION and Motion Objecting to the Claim.

| Name/Acct. No. | Type | Claim Amount | Interest Rate |
|---|---|---|---|
| JONATHAN D. WARNER | ATTORNEY FEE | 4,325.00 | 0.00 |
| WELLS FARGO BANK NA XXXXX8986 | SECURED | 450.30 | 0.00 |
| PORTFOLIO RECOVERY ASSOC 2853 | UNSECURED | 2,706.91 | 0.00 |
| RESURGENT CAPITAL SERVICES 6586 | UNSECURED | 1,304.91 | 0.00 |
| RESURGENT CAPITAL SERVICES 8599 | UNSECURED | 670.35 | 0.00 |
| CAPITAL ONE BANK | UNSECURED | 0.00 | 0.00 |
| CAPITAL ONE BANK | UNSECURED | 0.00 | 0.00 |
| AMERICAN INFOSOURCE AS AGENT FOR DIRECT TV 3967 | UNSECURED | 183.67 | 0.00 |
| SEFCU 0339 | VEHICLE CLAIMS | 23,415.07 | 5.00 |

TOTALS

Total Priority:     $0.00

Total Secured:     $23,865.37

Total Unsecured:     $4,865.84                                              Toal Claims Filed     $28,731.21

SUMMARY OF PLAN TERMS

Debtor's plan payments     $529.01/ monthly for 60 months

Minimum amounts required for plan completion:
    Minimum percentage for unsecured creditors     100.00%
    Disposable Income:     $-
    Liquidation:     $0.00

Date:     01/08/2019                    Signed:  /s/ Katie Robbins

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE:  Marguerite A. Vanden Wyngaard

**AFFIDAVIT OF SERVICE**
Case No.: 17-11965

Debtor

KATIE ROBBINS, BEING DULY SWORN, DEPOSES AND SAYS: THAT SHE IS OVER THE AGE OF 18 YEARS; THAT SHE SERVED A COPY OF **NOTICE OF CLAIMS FILED** DATED JANUARY 08, 2019 ON THE FOLLOWING MANNERS: ON JANUARY 08, 2019.

**VIA ELECTRONIC FILING:**

Office of the United States Trustee
74 Chapel Street
Albany, NY  12207

JONATHAN D. WARNER
Warner & Warner, PLLC
6 AUTOMATION LANE
SUITE 109
ALBANY, NY  12205

**VIA REGULAR U.S. MAIL**

Marguerite A. Vanden Wyngaard
14 Norwood Ave
Albany, NY  12208-2815

BY DEPOSTING A TRUE AND CORRECT COPY OF THE SAME PROPERLY ENCLOSED IN A POST-PAID WRAPPER IN THE OFFICIAL DEPOSITORY MAINTAINED AT 7 SOUTHWOODS PLAZA, ALBANY, NEW YORK DIRECTED TO SAID PERSON(S), AT SAID ADDRESSES.

/s/ KATIE ROBBINS
KATIE ROBBINS

Sworn before me this
8th day of January, 2019

/s/ Bonnie S. Baker
Reg. # 02BA5073612
Notary Public - State of NY
Qualified in Albany County
My Comission Expires 02/24/2019